IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | |
| | ) | Case: 1:25-mj-00237 |
| GUELMY URENA | ) | Assigned To: Judge Faruqui, Zia M. |
| | ) | Assign. Date: 9/30/2025 |
| *Defendant.* | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT & ARREST WARRANT**

I, Matthew Lee, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging GUELMY URENA with distribution of child pornography, in violation of 18 U.S.C. § § 2252(a)(2).

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

**AFFIANT BACKGROUND**

4. I am a special agent with the Federal Bureau of Investigation ("FBI"). I have been in this position since 2017. I am currently assigned to the Child Exploitation and Human Trafficking Task Force ("CEHTTF") at the Washington Field Office, where I am responsible for

investigating the possession, distribution, receipt, and production of child pornography, and other crimes involving child exploitation. I completed the FBI Basic Field Training Course in Quantico, Virginia, where I received twenty-one weeks of training in the investigation of various crimes. Through my training and experience, as well as through conversations with various law enforcement personnel, I have become familiar with the methods of operation used by people who commit offenses involving the sexual exploitation of children. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § § 2252(a)(2) (the "Target Offense") have been committed by GUELMY URENA ("the Subject") and others known and unknown.

**PROBABLE CAUSE**

7. On July 2, 2025, a Federal Bureau of Investigation Task Force Officer assigned to the Washington Field Office was acting in an online undercover ("UC") capacity as part of the CEHTTF, operating out of a satellite office in Washington, D.C. In that capacity, the UC was monitoring an online dating application (hereafter, "Platform A"), where the UC maintains a

profile that indicates that the UC is a father interested in the sexual exploitation of children. The UC's profile page contains hashtags that indicate interest in child sexual abuse material, including "#daddyson," "#nolimits," "#tabbboo," and "#tabbo."

8. On July 2, 2025, the UC received a message through Platform A from user "Beautiful Chaos" asking, "Hey what's up"?[1] On July 3, 2025, "Beautiful Chaos" sent another message to the UC, which said, "Really like your profile- chat on other platforms?" On July 10, 2025, the UC responded to "Beautiful Chaos," and the following conversation ensued.

> UC: What's up bro. Sure. Where are you from, you're quite far away
>
> Beautiful Chaos: Visiting family elsewhere right now on vacation lol
>
> Beautiful Chaos: But I'm from the states originally
>
> Beautiful Chaos: Signal? Session?
>
> UC: Signal works

9. "Beautiful Chaos" provided the UC with his Signal username and then said, "Add me when you can man- just out on the beach."

10. On July 11, 2025, the UC contacted the Signal user "ucdr25.95" via Signal and advised that he was the user from Platform A. Signal user ucdr25.95 asked the UC, "What are you into?" When the UC replied, "Family, incest, Yng,[2]" ucdr25.95 said, "Me too. All of that actually."

11. While discussing ucdr25.95's sexual interest in children, the UC asked ucdr25.95 what his favorite age was. In response, ucdr25.95 said, "Any age for me I guess lol."

12. The UC told ucdr25.95 that he had a nine-year-old son.[3] Shortly after being told the UC had a minor son, ucdr25.95 said, "Ah okay- let me know if this is too far of a question to

---

[1] All quotations in this affidavit are transcribed verbatim from the original source, including all errors.
[2] Yng is an abbreviation of the word "young."
[3] The minor male discussed here is a fictional component of the UC's online persona. No such actual child exists.

ask… but do you wish to try anything with your son? I've always wished my dad did… but I've had some fun times with my uncle."

13. On July 11, 2025, in the ensuing conversation, ucdr25.95 sent multiple digital files to the UC. Two of these files are described below.

   a. The first of these two files is a video that lasts one minute and 31 seconds. Throughout the video, an adult male uses his erect penis to penetrate a minor male's anus. I believe the minor in the video is a child due to his small stature relative to the adult male in the video.

   b. The second of these two files was a video, which lasted two minutes and 20 seconds. For the duration of the video, a minor male is seen lying on his back with a blindfold covering his eyes. Throughout the video, the adult male uses his erect penis to penetrate the anus of the minor male. I believe the minor in the video is a child due to his small stature relative to the adult male in the video.

14. After sending these videos, ucdr25.95 asked the UC, "How's that sir?" The UC responded, "Fuck yah thanks man." In response, ucdr25.95 said, "Love to please all my daddy's haha."

15. On July 21, 2025, ucdr25.95 told the UC, "You never got to telling me what you would like with your boy." The UC responded, "What I would like is for me to fuck him but he's not there yet. All he does is sucks and strokes now." In response, ucdr25.95 said, "Mmmm nice. Wish I can see and enjoy. You have your own at home entertainment."

16. On July 22, 2025, the UC asked ucdr25.95 where he was from. Ucdr25.95 told the UC he was from the "Carolina's." The UC told ucdr25.95 that he (th e UC) lived in Washington, D.C. After ucdr25.95 learned where the UC lived, the following conversation occurred:

ucdr25.95: When's a good time for a road trip haha."

UC: Depends on what you want to do on this road trip

ucdr25.95: Definitely want to hang out naked with you that's for sure

UC: Yah? You wouldn't want to see if my in home entertainment works

ucdr25.95: Oh I definitely would want to check it out

ucdr25.95: How would that go exactly?

UC: Well.

UC: I've always wanted to share

UC: And I want to see if I trained him well enough to please another man

ucdr25.95: You haven't tried with your other friends yet?

ucdr25.95: What have you taught him so far?

ucdr25.95: Maybe you can teach more with another person to help demonstrate

…

UC: He sucks / strokes well

UC: I suck/stroke him and play with his hole with fingers and mouth

ucdr25.95: Mmmm we can take turns

17. Ucdr25.95 later sent two files of child pornography to the UC. The files are described in more detail below.

   a. The first file was a picture that showed three minor males. One minor male's erect penis is exposed while the two additional minor males place their mouths

       on the first minor male's erect penis. I believe the males placing their mouths on the erect penis are minors due to their small size and facial features.

    b. The second file was a picture that showed an erect penis penetrating the anus of a minor male. A hand can be seen grasping the erect penis of the minor male as well. I believe the male in the picture is a minor due to the small size of his body and his lack of pubic hair.

18. On July 24, 2025, the conversation between ucdr25.95 and the UC as shown below in relevant part.

    ucdr25.95: Got anything fun planned this weekend!

    UC: Nope just hanging out. I don't have the little man unfortunately

    ucdr25.95: Awe- perfect time to come up then? Haha we can have our own fun with little bitches out there

    UC: I'd love to have you

    UC: I wouldn't want you to waste your trip though without a prize at the end for you

    ucdr25.95: I'm sure we can come up with something

    ucdr25.95: Maybe get a group of us together

    ucdr25.95: Watch some good stuff and perv out for hours

    UC: mmmm i do have friends

    UC: but i was thinking I could def come up with a reason to have my boy over if you wanted

    UC: my ex isn't a huge cunt lol

    ucdr25.95: That could be fun for us for sure

ucdr25.95: Got me swollen over here sir haha

ucdr25.95: [ucdr25.95 sent a picture to the UC. The picture shows what appears to be a male's hand grasping his erect penis, which is covered by his shorts.]

UC: dirty boy

UC: Yah I mean if I knew you were coming I could come up with a reason to have him stay with me

ucdr25.95: I mean if you're up for a visitor I could possibly make it work? But I don't want to intrude or change up your weekends. We can definitely plan this out for a later time.

UC: Yep we can!

UC: It doesn't have to happen to if you're not comfortable

UC: I just didn't want you to drive to me and not get the full experience

UC: And for me to experience a goal of mine

ucdr25.95: I want to make it happen, it's an experience I would definitely like to partake in. Didn't think it would ever happen to be honest lol

ucdr25.95: What goal is that for you?

UC: I want to see if I trained him well enough to please another man

ucdr25.95: Would you show him how it's done a few times?

ucdr25.95: Maybe we can both partake on you too

UC: He knows how to suck and stroke well now

ucdr25.95: Love to see him in action on your

ucdr25.95: You*

UC: Yah.

        UC: That would be hot if you watched

        ucdr25.95: Definitely

19. That same day, ucdr25.95 sent another picture of child pornography to the UC. The picture shows an adult male's erect penis penetrating the anus of a minor male. The minor male's scrotum and a portion of the minor male's erect penis can also be seen in the picture. I believe the minor in the picture is a child due to his small size and his lack of pubic hair.

20. After ucdr25.95 sent this file, the conversation continued as shown below in relevant part.

        UC: mmmmmmm nice

        Ucdr25.95: I'm perving out at work

        UC: Lucky boy

        UC: Wish I could do that.

        UC: god I'm turned on

        ucdr25.95: Me too

        UC: I'd take a day off next week if you're around

        UC: go pick up the little dweeb

        UC: and we can pla

        UC: y

        ucdr25.95: Mmmmm

        ucdr25.95: I'd love that

        UC: Would you actually come up?

        ucdr25.95: Hell yes

        UC: Serious?

>UC: Ok.
>
>ucdr25.95: If I get to experience then yeah- I want to experience it with someone
>
>…
>
>UC: Also like if this is fantasy let me know now. I won't be upset, just don't want to get stuff setup and get flaked on
>
>ucdr25.95: We would definitely need to plan it out but I would definitely like to come up

21. On July 28, 2025, a member of the CEHTTF served an administrative subpoena on Perry Street Software, which owns the dating application on which the UC initially met the user of the "Beautiful Chaos" account. On September 2, 2025, Perry Street Software provided responsive documents, which indicated that, from March 15, 2024, to June 25, 2025, the "Beautiful Chaos" account was accessed on multiple occasions from the IP address 71.71.154.223.

22. On September 16, 2025, a member of the CEHTTF served an administrative subpoena on Charter Communications for the IP address 71.71.154.223. On September 19, 2025, Charter Communications provided responsive documents, which indicated that, from August 25, 2023, through at least September 18, 2025, the IP address 71.71.154.223 was assigned to URENA with a service address of ███████████████████████████████████████ ██████.

23. Members of the CEHTTF obtained URENA's North Carolina driver's license information, including his driver's license photo. Your affiant compared URENA's driver's license photo with the profile photo for "Beautiful Chaos" on the dating application described above. Based on that comparison, I believe these photos show the same person. These photos are shown below for comparison.

 

*"Beautiful Chaos" Profile Picture (L);*
*URENA's NC Driver's License Photo (R)*

## CONCLUSION

24.     For the reasons set forth above, I submit that probable cause exists to believe that URENA committed the offense of Distribution of Child Pornography in violation of 18 U.S.C. 2252(a)(2).

Respectfully submitted,

_____
Matthew Lee, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on October 2, 2025.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge