AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Guelmy Urena (AKA: N/A)<br><br>_____<br>*Defendant* | ) Case: 1:25-mj-00237<br>) Assigned To: Judge Faruqui, Zia M.<br>) Assign. Date: 9/30/2025<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Guelmy Urena _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § § 2252(a)(2) (Distribution of Child Pornography).

Date:     10/02/2025

_____
*Issuing officer's signature*

City and state:          Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
_____
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/2/25 , and the person was arrested on *(date)* 10/9/25

at *(city and state)* Charlotte, NC .

Date: 10/9/25          _____
*Arresting officer's signature*

Scott Atwood | FBI Special Agent
*Printed name and title*